In the Matter of JOSEPH S. SOMBERG, Appellant, against FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.

Submitted June 4, 1945; decided June 14, 1945.

*Nathaniel L. Goldstein, Attorney-General (Isaac Frank* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.